# Third District Court of Appeal

## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2047
Lower Tribunal No. 22-20740

_____

**Lynae Burrell,**
Appellant,

vs.

**Gershone Burrell,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Lynae Burrell n/k/a Lynae Solomon, in proper person.

Gershone Burrell, in proper person.

Before LOGUE, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Lynae Burrell appeals the trial court's Order on Petitioner's Motion for Pick-up Order and Motion for Temporary Timesharing. Burrell failed to comply with this Court's order requiring the filing of a transcript that complies with the requirements of Florida Rule of Appellate Procedure 9.220(c). Without a proper record, we are compelled to affirm the trial court's order. See Francius v. Carlos Auto Rental Servs., Inc., 3D23-2107, 2024 WL 3433658 (Fla. 3d DCA July 17, 2024).

Affirmed.